The Summons of
# UNITED STATES DISTRICT COURT
for the

Eastern District of NEBraska

30 Division

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2025 NOV 24  PM 12: 54

OFFICE OF THE CLERK

Juaquezs-Johnson

plaintiff

-V-

UNITED States, City of omaha,
Nebraska, PuBLic DeFeNDer,
Jami Jacobs acting in official capacity,

Defendants

Case No. 8:25 CV 675

to be filled in by clerk's office

## SUMMONS

civil Action No. _____

To The above named defendants

You are hereby Summoned and required to serve
upon plaintiffs, Whose address is 7/0 South 17 street
omaha, NE, 68102, an answer to the complaint which is herewith
Served upon you, within 20 days after Service of
this Summons upon you, exclusive of the day of
Service, or 60 days if the U.S. Government or
officer/agent thereof is a defendant. if you fail to do
So, Judgment by default will be taken against you
for the relier demanded in the complaint.

Juaquez johnson

Date 11-19-25

Clerk of the court

Date: ~~____~~