IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

JUAQUEZ S JOHNSON,

               Plaintiff,

    vs.

UNITED STATES, Government, Official Capacity; CITY OF OMAHA, Government, Official Capacity; NEBRASKA PUBLIC DEFENDER, Government, Official Capacity; and JAMI JACOBS, Public Defender, Official Capacity;

               Defendants.

**8:25CV675**

**MEMORANDUM AND ORDER**

This matter is before the Court on its own motion. On March 4, 2026, the Court received notice from the Douglas County Department of Corrections that Plaintiff was no longer in custody there but had been transferred to the Nebraska Department of Correctional Services on February 25, 2026. *See* Filing No. 8, Case No. 8:26CV80. Plaintiff has an obligation to keep the Court informed of his current address at all times. *See* NEGenR 1.3(e) and (g) (requiring pro se parties to adhere to local rules and inform the Court of address changes within 30 days). This case cannot be prosecuted in this Court if Plaintiff's whereabouts remain unknown.

IT IS THEREFORE ORDERED that:

1.    Plaintiff must update his address within 30 days. Failure to do so will result in dismissal of this action without further notice to Plaintiff.

2.    The Clerk of the Court is directed to set a pro se case management deadline in this case using the following text: **April 6, 2026**: check for address.

2

3.      The Clerk of the Court is further directed to send a copy of this order to

Plaintiff at the address the Court has on file and to the following address:

> Juaquez Johnson, 221766
> Reception and Treatment Center
> PO Box 22800
> Lincoln, NE 68542-2800.

Dated this 5th day of March, 2026.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge

2